UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MIGNONE SALLY N'JIE and EDWARD B. MENDY, <br><br>Plaintiffs,<br><br>v.<br><br>MEI CHEUNG, JIN LOK, ABC INSURANCE COMPANY and XYZ INSURANCE COMPANY,<br><br>Defendants. | Civil Action No. 09-919 (SRC)<br><br>**OPINION & ORDER** |

**CHESLER, U.S.D.J.**

This matter comes before the Court on the motion for reconsideration by Plaintiffs of this Court's Order of November 10, 2010, deeming Defendants' motion for summary judgment to be unopposed. For the reasons stated below, the motion for reconsideration will be denied.

"A court may grant a motion for reconsideration if the moving party shows one of the following: (1) an intervening change in the controlling law; (2) the availability of new evidence that was not available when the court issued its order; or (3) the need to correct a clear error of law or fact or to prevent manifest injustice." See Banda v. Burlington County, 263 Fed. Appx. 182, 183 (3d Cir. 2008) (citing Max's Seafood Café v. Quinteros, 176 F.3d 669, 677 (3d Cir. 1999)); L. Civ. R. 7.1(i).

Plaintiffs have shown no basis for reconsideration of this Court's decision to deem the motion for summary judgment unopposed, and the motion for reconsideration (Docket Entry No. 55) is **DENIED**. Nonetheless, perhaps out of an excess of generosity (possibly holiday-inspired), this Court will allow Plaintiffs an additional seven days from the date of entry of this Order in

which to file any opposition to Defendants' pending motion for summary judgment.

**SO ORDERED.**

    /s Stanley R. Chesler
STANLEY R. CHESLER, U.S.D.J.

Dated:  November 29, 2010